# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Adelaide Cornell**

        vs.

**Ray Gubbles; Barbara Hoffmeyer; Andrew Grove;
Tammy Bentley; and William Hurley**

Case Number: **05-1389**

**DECISION BY THE COURT**. This action came to bench trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants Barbara Hoffmeyer, Tammy Bentley, and William Hurley are dismissed pursuant to order entered 1/6/09. IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered in favor of the plaintiff, Adelaide Cornell, and against the defendant, Ray Gubbles, in the sum of $2,500.00, together with costs of suit. IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered in favor of the defendant, Andrew Grove, and against the plaintiff, Adelaide Cornell. In that claim, the parties shall bear their own costs.

ENTER this 22nd day of October, 2009

PAMELA E. ROBINSON, CLERK

s/M. Bailey
BY: DEPUTY CLERK